UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CEDRICK MORGAN (#132458)** | **CIVIL ACTION** |
| **VERSUS** | |
| **TERRY TERRELL, ET AL.** | **NO.: 13-00783-BAJ-RLB** |

## RULING AND ORDER

Before the Court is Petitioner Cedrick Morgan's **Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. 4).**[1] The Magistrate Judge issued a **Report and Recommendation (Doc. 13)**, recommending that the Court deny Petitioner's application for habeas corpus relief, and, further, deny a certificate of appealability. Petitioner filed no objections to the Magistrate Judge's Report.

Having carefully considered the **Petition (Doc. 4)** and related filings—including the State's answer and Petitioner's opposition to the State's answer (Docs. 9, 11)—the Court **APPROVES** the Magistrate Judge's **Report and Recommendation (Doc. 13)** and **ADOPTS** it as the Court's opinion in this matter.

Accordingly, for the reasons explained in the Magistrate Judge's Report,

**IT IS ORDERED** that Petitioner's § 2254 Petition (Doc. 4) is **DISMISSED** as untimely.

---

[1] With leave of Court, (*see* Doc. 3), the instant petition has been amended from the original petition filed in this matter, (Doc. 1).

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED** because Petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Baton Rouge, Louisiana, this 21st day of July, 2015.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA